## CONSENT TO BECOME PARTY PLAINTIFF

**Williams, et al. v. Winbush Management, Inc. et al.,**
United States District Court, Northern District
of Illinois, Eastern Division

Complete and Mail To:
ATTN: WINBUSH INC., OVERTIME ACTION
Stephan Zouras, LLP
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601 OR
FAX to: (312) 233-1550 OR
EMAIL to: lawyers@stephanzouras.com

LCW

By signing below, I state that I have been employed by Winbush, Inc., KDW Western, LLC, Darryl Winbush or one its subsidiaries or affiliates as a McDonald's General Manager or other similarly titled position within the past three (3) years and that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. Sec. 201 *et seq.*

I hereby designate the law firms Stephan Zouras, LLP; The Law Offices of Josh Friedman and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_2-21-08_
Date

_[signature]_
Signature

_Tarnell Williams_
Print Name

_7042 S. Euclid_
Address

_Chicago, Illinois 60649_
City, State, Zip Code

_773-984-0220_
Telephone Number

_Royalty75@Yahoo.com_
Email Address

*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.


EXHIBIT A