**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

**FILED**

**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1388**

In the Matter of                                                    Case Number:

TARNELL WILLIAMS, et al.,
            Plaintiff,
v.
KDW WESTERN, LLC, WINBUSH MANAGEMENT,
INC. and DARRYL WINBUSH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, TARNELL WILLIAMS, Individually and On Behalf of All Others Similarly Situated

| |
|---|
| NAME (Type or print)<br>Ryan F. Stephan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ryan F. Stephan |
| FIRM<br>STEPHAN ZOURAS, LLP |
| STREET ADDRESS<br>205 N. Michigan Ave, Suite 2560 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6273101 | TELEPHONE NUMBER<br>312-233-1550 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

LCW