**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1388**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| TARNELL WILLIAMS, et al., Plaintiff, v. KDW WESTERN, LLC, WINBUSH MANAGEMENT, INC. and DARRYL WINBUSH | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, TARNELL WILLIAMS, Individually and On Behalf of All Others Similarly Situated

| | |
|---|---|
| NAME (Type or print) James B. Zouras | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ James B. Zouras | |
| FIRM STEPHAN ZOURAS, LLP | |
| STREET ADDRESS 205 N. Michigan Ave, Suite 2560 | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6230596 | TELEPHONE NUMBER 312-233-1550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

LCW