## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **TARNELL WILLIAMS, Individually, and on Behalf of All Others Similarly Situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| **v.** | ) ) | **Case No. 08-cv-1388** |
| **KDW WESTERN, LLC, WINBUSH MANAGEMENT INC., and DARRYL WINBUSH** | ) ) ) ) | |
| **Defendants.** | ) ) | |

### CERTIFICATE OF SERVICE

I, Megan Babowice, a non-attorney, hereby certify that I served a copy of the Complaint and Summons in regards to the above-referenced case via hand delivery at the office of Alan B. Samlan, 525 W. Monroe Street, Suite 2360, Chicago, Illinois on this 7th day of April, 2008.

_____
Megan Babowice

I, Alan B. Samlan, hereby acknowledge that I have received a copy of the Complaint and Summons in the above-referenced case and accept service on behalf of the Defendants, KDW Western, LLC and Winbush Management, Inc.

____4/7/08____
Date

_____
Alan B. Samlan

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550
(312) 233-1560 *f*