IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TARNELL WILLIAMS, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KDW WESTERN, LLC, WINBUSH MANAGEMENT INC., and DARRYL WINBUSH<br><br>Defendants. | Case No. 08-cv-1388 |

### NOTICE OF FILING

To:　Mr. Alan B. Samlan
　　　525 W. Monroe Street
　　　Suite 2360
　　　Chicago, Illinois 60661

PLEASE TAKE NOTICE that on April 9th, 2008, the attached PROOF OF SERVICE was filed electronically on behalf of the Plaintiff with the United States District Court in the Northern District of Illinois.

Respectfully submitted,

/s/
One of the Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550
Attorney No. 43734

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that on April 9th, 2008, I electronically filed the foregoing **Proof of Service** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

*Megan Babowice*

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 9th DAY
OF APRIL, 2008.

*Irene Weber*
Notary Public



IRENE M WEBER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 13, 2011