# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TARNELL WILLIAMS, Individually, and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 08 C 1388 |
| KDW WESTERN, LLC, WINBUSH MANAGEMENT INC., and DARRYL WINBUSH, ) ) ) ) ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for Defendant **KDW Western, LLC, Winbush Management Inc and Darryl Winbush**

Date: May 22, 2008

                                                  s/ Jody W. Moran
                                                  Jody W. Moran
                                                  Jackson Lewis LLP
                                                  320 West Ohio, Suite 500
                                                  Chicago, Illinois 60610
                                                  Tel:  312.787.4949
                                                  Fax:  312.787.4995
                                                  Email:  moranj@jacksonlewis.com

**CERTIFICATE OF SEVICE**

The undersigned, an attorney, certifies that, on this 22nd day of May, 2008, she electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered to receive notice through the CM/ECF system, including plaintiff's counsel:

Stephan Zouras
Stephan Zouras, LLP
205 North Michigan Avenue
Suite 2560
Chicago, Illinois  60601

Law Offices of Josh Friedman
120 South State Street
Suite 200
Chicago, Illinois  60603

Thomas M. Ryan
Law Offices of Thomas M. Ryan, P.C.
205 North Michigan Avenue
Suite 2560
Chicago, Illinois  60601

        s/ Jody W. Moran
        Jody W. Moran