IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TARNELL WILLIAMS, Individually, and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 08 C 1388 |
| KDW WESTERN, LLC, WINBUSH MANAGEMENT INC., and DARRYL WINBUSH, ) ) ) ) ) | Judge Grady Magistrate Judge Ashman |
| Defendants. ) | |

## NOTICE OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Winbush Management Inc. states that it has no "affiliates" within the meaning of Local Rule 3.2. Defendant KDW Western, LLC states that Defendant Darrell Winbush is the sole affiliate of Defendant KDW Western, LLC.

DATED:   May 27, 2008          KDW WESTERN LLC, WINBUSH
                               MANAGEMENT INC. and DARRYL
                               WINBUSH


                                        s/ Jody Wilner Moran
                                        Jody Wilner Moran

Jody Wilner Moran
Andrea D. Somerville [1]
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 787-4949

---

[1] Federal Application Pending

**CERTIFICATE OF SEVICE**

    The undersigned, an attorney, certifies that, on this 22nd day of May, 2008, she electronically filed the foregoing Defendants' Notice of Affiliates with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered to receive notice through the CM/ECF system, including plaintiff's counsel:

Stephan Zouras
Stephan Zouras, LLP
205 North Michigan Avenue
Suite 2560
Chicago, Illinois 60601

Law Offices of Josh Friedman
120 South State Street
Suite 200
Chicago, Illinois 60603

Thomas M. Ryan
Law Offices of Thomas M. Ryan, P.C.
205 North Michigan Avenue
Suite 2560
Chicago, Illinois 60601

                                                     s/ Jody Wilner Moran
                                                     Jody Wilner Moran