IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TARNELL WILLIAMS, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KDW WESTERN, LLC, WINBUSH MANAGEMENT INC., and DARRYL WINBUSH<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-cv-1388<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

To: Jody Wilner Moran
Andrea Somerville
Jackson Lewis, LLP
320 W. Ohio Street, Suite 500
Chicago, Illinois 60610

PLEASE TAKE NOTICE that on June 19, 2008, the attached JOINT INITIAL STATUS REPORT was filed electronically on behalf of the Plaintiff with the United States District Court in the Northern District of Illinois.

Respectfully submitted,

/s/ Ryan F. Stephan
One of the Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550

Case 1:08-cv-01388   Document 14-2   Filed 06/19/2008   Page 2 of 2

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that on June 19, 2008, I electronically filed the foregoing JOINT INITIAL STATUS REPORT with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

*/s/ Megan Babrowski*

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 19th DAY
OF June, 2008.

*/s/ Irene Weber*
Notary Public

IRENE M WEBER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 13, 2011