# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1388 | **DATE** | June 19, 2008 |
| **CASE TITLE** | Williams v. KDW Western | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held in chambers. This is a case in which the plaintiff, an employee of a McDonald restaurant, claims a failure to pay him the required the minimum wage and overtime. The principal issue appears to be whether the plaintiff was exempt. There is also the possibility that other employees could have similar claims, in which event plaintiff will move for leave to send notice to these other employees. The parties will engage in appropriate discovery and a further status conference will be held on July 30, 2008 at 10:30 a.m.

_____ [ For further details see text below.]     Docketing to mail notices.

0:30

**STATEMENT**